JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MALCH, a/k/a TANYA PETROVNA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL G. DOLAN, an individual; ANDREA MCGINTY, an individual; NATIVE FOODS CALIFORNIA, LLC, a California Limited Liability company; NATIVE FOODS HOLDING CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:15-cv-00517-DDP-KKx<br><br>**JUDGMENT OF DISMISSAL** |

On September 18, 2019, after trial on the merits herein, the jury entered verdicts in favor of Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California, LLC and Native Foods Holding Corporation on all claims for relief.

Accordingly, it is adjudged and decreed as follows:

Judgment is entered in favor of Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation and against Plaintiff Tanya Malch a/k/a Tanya Petrovna on Plaintiff's Fifth Amended Complaint.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are hereby dismissed from this action and Plaintiff Tanya Malch a/k/a Tanya Petrovna takes nothing against all Defendants.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are entitled to costs incurred in an amount to be determined by the Court.

Dated: 9/25/2019

*[signature]*

Hon. Dean D. Pregerson
United States District Court Judge