UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MALCH, a/k/a TANYA PETROVNA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL G. DOLAN, an individual; ANDREA MCGINTY, an individual; NATIVE FOODS CALIFORNIA, LLC, a California Limited Liability company; NATIVE FOODS HOLDING CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:15-cv-00517-DDP-KKx<br><br>**AMENDED JUDGMENT** |

On September 18, 2019, after trial on the merits herein, the jury entered verdicts in favor of Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California, LLC and Native Foods Holding Corporation on all claims for relief.

Accordingly, a Judgment of Dismissal [Dkt. 184] was entered in this matter on September 25, 2019 as follows:

"Judgment is entered in favor of Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation and against Plaintiff Tanya Malch a/k/a Tanya Petrovna on Plaintiff's Fifth Amended

Complaint.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are hereby dismissed from this action and Plaintiff Tanya Malch a/k/a Tanya Petrovna takes nothing against all Defendants.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are entitled to costs incurred in an amount to be determined by the Court." [Dkt. 184]

By Order of July 3, 2020 [Dkt. 203] the Court granted Defendants' Motion for Attorney's Fees, awarding attorney's fees to Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation in the amount of $763,694 to be paid by Plaintiff Tanya Malch a/k/a Tanya Petrovna.

Accordingly, the Judgment in this matter is amended as follows:

Judgment is entered in favor of Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation and against Plaintiff Tanya Malch a/k/a Tanya Petrovna on Plaintiff's Fifth Amended Complaint.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are hereby dismissed from this action and Plaintiff Tanya Malch a/k/a Tanya Petrovna takes nothing against all Defendants.

Defendants Daniel G. Dolan, Andrea McGinty, Native Foods California LLC and Native Foods Holding Corporation are awarded attorneys' fees in the amount of $763,694 to be paid by Plaintiff Tanya Malch a/k/a Tanya Petrovna.

Dated: September 15, 2021

Hon. Dean D. Pregerson
Judge, United States District Court