UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

TANYA MALCH aka TANYA PETROVNA,

Plaintiff,

v.

DANIEL G. DOLAN, et al.,

Defendants.

Case No. 5:15-cv-00517-KK-DTBx

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Add Malch Group, LLC as a Judgment Debtor (Docket No. 226), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT THEREFORE IS ORDERED that Defendants' Motion to Add Malch Group, LLC as a Judgment Debtor (Docket No. 226) is denied.

DATED: July 31, 2026

KENLY KIYA KATO
UNITED STATES DISTIRCT JUDGE